**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 22, 2020.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-20-00683-CV**

---

### IN RE MEWBOURNE OIL COMPANY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-11258**

---

## MEMORANDUM OPINION

On October 5, 2020, relator Mewbourne Oil Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Steven

Kirkland, presiding judge of the 334th District Court of Harris County, to vacate his September 16, 2020 order denying relator's motion to transfer venue.

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(k)(1)(A) (providing that appendix must contain a certified or sworn copy of any order complained of); Tex. R. App. P. 52.7(a) (providing that "Relator must file with petition (1) a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding; and (2) a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained."). Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justices Frost and Justices Wise and Bourliot.